UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE:

JAMES HOLDEN EDWARDS, JR
PATSY KEYES EDWARDS

CASE NO: 22-01052-RCT

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13
ECF Docket Reference No. 79

On 10/1/2025, I did cause a copy of the following documents, described below,

Order Dismissing Case ECF Docket Reference No. 79

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/1/2025

/s/ Kelly Remick
Kelly Remick

Office of the Standing Chapter 13 Trustee
PO Box 89948
Tampa, FL  33689-0416
813 658 1165

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

IN RE:

JAMES HOLDEN EDWARDS, JR
PATSY KEYES EDWARDS

CASE NO: 22-01052-RCT

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 79

On 10/1/2025, a copy of the following documents, described below,

Order Dismissing Case ECF Docket Reference No. 79

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/1/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kelly Remick
Office of the Standing Chapter 13 Trustee
PO Box 89948
Tampa, FL  33689-0416

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 22-01052-RCT
MIDDLE DISTRICT OF FLORIDA
WED OCT 1 12-17-17 PST 2025

EXCLUDE

(U)FIRST FINANCIAL INVESTMENT FUND VI
LLC

(P)CARRINGTON MORTGAGE SERVICE LLC
1600 S DOUGLAS RD SUITE 110
ANAHEIM CA 92806-5951

EXCLUDE

UNITED STATES TRUSTEE - TPA713 7
TIMBERLAKE ANNEX - SUITE 1200
501 E POLK STREET
TAMPA - FL 33602-3949

EXCLUDE

(U)WILMINGTON SAVINGS FUND SOCIETY - FSB
AS TRUS

ATT UNIVERSAL CITI CARD
ATTN BANKRUPTCY
PO BOX 790034
ST LOUIS MO 63179-0034

AARONS SALES LEASE
ATTN BANKRUPTCY
PO BOX 100039
KENNESAW GA 30156-9239

ADVENTHEALTH ORLANDO
CO NORTH AMERICAN CREDIT SERVICES
PO BOX 182221
CHATTANOOGA TN 37422-7221

ALLY FINANCIAL
ATTN BANKRUPTCY DEPT
PO BOX 380901
BLOOMINGTON MN 55438-0901

ASHLEY FUNDING SERVICES LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

BAY AREA CREDIT SERVICE
PO BOX 480003
ATLANTA GA 31146-4803

BAYCARE HEALTH SYSTEM INC
PO BOX 31696
TAMPA FL 33631-3696

CAPITAL ONE
ATTN BANKRUPTCY DEPT
PO BOX 30285
SALT LAKE CITY UT 84130-0285

EXCLUDE

(D)(P)CARRINGTON MORTGAGE SERVICE LLC
1600 S DOUGLAS RD SUITE 110
ANAHEIM CA 92806-5951

CENTRAL CREDIT SERVICES LLC
9550 REGENCY SQUARE BLVD
SUITE 500
JACKSONVILLE FL 32225-8169

CITISEARS
CITIBANKCENTRALIZED BANKRUPTCY
PO BOX 790034
ST LOUIS MO 63179-0034

CITIFINANCIAL
ATTN BANKRUPTCY
605 MUNN RD
FORT MILL SC 29715-8421

CITIBANKTHE HOME DEPOT
ATTN RECOVERYCENTRALIZED BANKRUPTCY
PO BOX 790034
ST LOUIS MO 63179-0034

COMENITY BANKBEALLSOL
ATTN BANKRUPTCY
PO BOX 182125
COLUMBUS OH 43218-2125

DAVID SIMMONS MD PA
320 1ST STREET N SUITE 5
WINTER HAVEN FL 33881-4113

DEPARTMENT OF REVENUE
PO BOX 6668
TALLAHASSEE FL 32314-6668

DIRECTV LLC
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 5072
CAROL STREAM IL 60197-5072

FIRST FINANCIAL INVESTMENT FUND VI LLC
3091 GOVERNORS LAKE DRIVE SUITE 500
PEACHTREE CORNERS GA 30071-1135

HEART VASCULAR PLC
PO BOX 919349
ORLANDO FL 32891-0001

HEATH OF FLORIDA
REGIONAL MEDICAL CENTER
PO BOX 281360
ATLANTA GA 30384-1360

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

LGBS LLP
PO BOX 702118
SAN ANTONIO TX 78270-2118

USPS FIRST CLASS MAILING ADDRESSES
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

MY EYE DR
1950 OLD GALLOWS ROAD
SUITE 520
VIENNA  VA 22182-3970

PLATINO BILLING CENTER
PO BOX 459077
FORT LAUDERDALE  FL 33345-9077

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

EXCLUDE

(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

(P)PROFESSIONAL ACCOUNT SERVICES  INC
PO BOX 188
BRENTWOOD TN 37024-0188

EXCLUDE

(D)(P)PROFESSIONAL ACCOUNT SERVICES
INC
PO BOX 188
BRENTWOOD TN 37024-0188

RADIOLOGY AND IMAGING SPECIA
PO BOX 371863
PITTSBURGH  PA 15250-7863

SANTANDER CONSUMER USA
ATTN BANKRUPTCY
PO BOX 961245
FORT WORTH  TX 76161-0244

SYNCHRONY BANKLOWES
ATTN  BANKRUPTCY
PO BOX 965060
ORLANDO  FL 32896-5060

SYNCHRONY BANKSAMS
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO  FL 32896-5060

EXCLUDE

(D)(P)CARRINGTON MORTGAGE SERVICE LLC
1600 S DOUGLAS RD SUITE 110
ANAHEIM CA 92806-5951

EXCLUDE

(D)(P)CARRINGTON MORTGAGE SERVICE LLC
1600 S DOUGLAS RD SUITE 110
ANAHEIM CA 92806-5951

UNDELIVERABLE

NO NAME ON CR LIABILITY

ALAN D BORDEN
DEBT RELIEF LEGAL GROUP  LLC
14502 N DALE MABRY HWY
SUITE 200
TAMPA  FL 33618-2040

DEBTOR

JAMES HOLDEN EDWARDS JR
7524 PLEASANT DR
HAINES CITY  FL 33844-8946

EXCLUDE

KELLY REMICK
CHAPTER 13 STANDING TRUSTEE
POST OFFICE BOX 89948
TAMPA  FL 33689-0416

PATSY KEYES EDWARDS
7524 PLEASANT DR
HAINES CITY  FL 33844-8946

TRACI K STEVENSON
TRACI K STEVENSON  ESQ  CH 7 TRUSTEE
PO BOX 86690
MADEIRA  FL 33738-6690