**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Case No: 8:22-bk-01052-RCT
In Re:                                                              Chapter 13


JAMES HOLDEN EDWARDS, JR.
PATSY KEYES EDWARDS

_____/

## REPORT OF UNCLAIMED FUNDS

After making distributions of monies received in this case, the Chapter 13 Standing Trustee states that all checks

issued prior to November 24, 2025 have cleared with exception of the following:

| Check Number | Amount | Claimant Name & Address |
|---|---|---|
| 2037762 | $81.78 | James Holden Edwards, Jr. & Patsy Keyes Edwards 7524 Pleasant Dr Haines City, FL 33844 |

Pursuant to the provisions of 11 U.S.C. Section 347, the Trustee submits these funds totaling $81.78 for this

case, which is payable to Clerk, U.S. Bankruptcy Court/Court Registry.

Dated:  January 13, 2026.


/s/ Kelly Remick
Kelly Remick
Chapter 13 Standing Trustee
P.O. Box 6099
Sun City Center, FL 33571-6099
Phone (813) 658-1165
Fax (813) 658-1166


Cc: Clerk, U.S. Bankruptcy Court/Court Registry